**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, *Plaintiffs,* | |
| v. | C.A. No. 04-430ML |
| SPENCER, WHITE & PRENTIS FOUNDATION CORPORATION, *Defendant.* | |

**AFFIDAVIT OF PAUL A. MACDONALD**
**IN SUPPORT OF JUDGMENT BY DEFAULT**

I, Paul A. MacDonald, being first duly sworn, depose and state as follows:

1. I am the Executive Director of Teamsters Local 251 Health Services and Insurance Plan ("the Fund"), a joint labor-management employee benefit plan which provides health and other benefits to members of Teamsters Local 251.

2. Defendant was, at all relevant times, party to a collective bargaining agreement which requires contributions to the Fund based on hours worked for defendant by members of Teamsters Local 251 "Local 251." These funds are used to purchase insurance benefits.

3. For the period of June through August, 2004, Defendant failed to timely submit remittance reports and make timely payments to the Fund.

4. Contributions to the Fund are due by the 10th of the month following the month in which the work was performed. Pursuant to the Trust Agreement, interest is accrued at the rate of 1.5% per month. Interest on the unpaid contributions now stands at $435.35. See Exhibit 1.

5. Pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §§1132 and 1145, the Court shall award a 20% penalty. This penalty is also provided for in the Fund's Trust Agreement. Penalties are in the amount of $951.00. See Exhibit 1.

6. The Fund has thus far expended costs in the amount of $185.00 and counsel fees in the amount of $1,273.75 in prosecuting this action.

7. In light of the foregoing figures, the Fund requests that the Court enter judgment in the amount of $2,845.10.

8. The foregoing is true and correct to the best of my knowledge.

Dated: JUNE 3, 2005

I, Paul A. MacDonald, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Paul A. MacDonald
Paul A. MacDonald

Subscribed and sworn to before me, by Paul A. MacDonald, this 3 day of JUNE, 2005.

NOTARY PUBLIC
My commission expires: 6/18/05

**CERTIFICATION**

I hereby certify that a true copy of the within document was sent by regular mail to Brian M. Larue at 5812 Whirlaway Road, Palm Beach Gardens, FL 33418 on this 6th day of June, 2005.