# EXHIBIT 1

## Spencer, White & Prentis

# SUMMARY OF CLAIM

| MONTH | DUE | HOURS | HOURLY RATE | CONTRIB. OWED | INT. RATE | DATE PAID | DAYS LATE | INTEREST OWED | PENALTY 20% | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Jun. 04 | 7/20/04 | 278 | $5.46 | $1,518.58 | 1.50% | 2/28/05 | 223 | $169.32 | $303.72 | |
| Jul. 04 | 8/20/04 | 211 | $5.46 | $1,152.59 | 1.50% | 2/28/05 | 192 | $110.65 | $230.52 | |
| Aug. 04 | 9/20/04 | 214.5 | $5.87 | $1,259.12 | 1.50% | 2/28/05 | 161 | $101.36 | $251.82 | |
| Sept. 04 | 10/20/04 | 140.5 | $5.87 | $824.74 | 1.50% | 2/28/05 | 131 | $54.02 | $164.95 | |
| | | | | $4,755.01 | | | | | | |
| **Amount Paid** | | | | $4,755.01 | | | | | | |
| **SubTotal** | | | | $0.00 | | | | $435.35 | $951.00 | $1,386.35 |
| **Attorneys Fees** | | | | | | | | | | $1,273.75 |
| **Costs** | | | | | | | | | | $185.00 |
| **TOTAL OWED** | | | | | | | | | | $2,845.10 |