No Response

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
JUN 08 2005
U.S. DISTRICT COURT,
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN and PAUL A. MACDONALD, in his official capacity as Executive Director, *Plaintiffs*, | : | |
| v. | : | C.A. No. 04-430ML |
| SPENCER, WHITE & PRENTIS FOUNDATION CORPORATION, *Defendant*. | : | |

**MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

Now come Plaintiffs, by and through their attorneys, and request that this Court enter judgment by default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. Judgment is sought in the amount of $2,845.10

In support of this Motion, Plaintiffs rely upon the Affidavit of Paul McDonald and Exhibit 1, filed contemporaneously herein.

Granted.
Mary M. Lisi USDJ 7/5/05

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: June 1, 2005

**CERTIFICATION**

I hereby certify that a true copy of the within document was sent by regular mail to Brian M. Larue at 5812 Whirlaway Road, Palm Beach Gardens, FL 33418 on this 6th day of June, 2005.