# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director**

**v.**

**C.A. NO: 04-430ML**

**SPENCER, WHITE & PRENTIS FOUNDATION CORPORATION**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the plaintiffs, Teamsters Local 251 Health Services and Insurance Plan and Paul A. MacDonald, against the defendant, Spencer, White & Prentis Foundation Corporation, in the amount of $2,845.10 pursuant to the Order dated July 5, 2005 GRANTING plaintiffs' Motion for Entry of Judgment by Default.**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: July 6, 2005**

10